THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMAICA NEWBERN, Appellant. (Appeal No. 1.) [899 NYS2d 722]—Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered March 16, 2009. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMAICA NEWBERN, Appellant. (Appeal No. 2.) [899 NYS2d 722]—Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered March 16, 2009. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUNIOR GAYLE, Also Known as ANTHONY GAYLE, Appellant. [899 NYS2d 722]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered December 2, 2008. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of marihuana in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE C. STEPHENS, Appellant. [899 NYS2d 722]—Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered October 7, 2004. The judgment convicted defendant, upon his plea of guilty, of murder in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.